Keith Leon VERSLUES, Respondent,

v.

Cynthia Louise VERSLUES, Appellant.

No. WD 39531.

Missouri Court of Appeals, Western District.

Feb. 23, 1988.

Earl F. Seitz, Powell, Seitz and Francke, Columbia, for appellant.

Michael P. Riley, Carson, Coil, Riley, McMillin, Levine and Veit, P.C., Jefferson City, for respondent.

Before GAITAN, P.J., and TURNAGE and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from a dissolution of marriage decree awarding custody of the parties' two minor children to respondent.

Judgment affirmed. Rule 84.16(b).